# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FRACTUS, S.A. | § § | |
| v. | § § | Case No. 2:18-CV-0135-JRG<br>LEAD CASE |
| AT&T MOBILITY LLC | § | |
| SPRINT COMMUNICATIONS COMPANY, L.P. ET AL | § § | Case No. 2:18-cv-0136-JRG |
| T-MOBILE US, INC. ET AL | § § | Case No. 2:18-cv-0137-JRG |
| VERIZON COMMUNICATIONS INC. and CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS | § § § | Case No. 2:18-cv-0138-JRG |

## ORDER APPOINTING MEDIATOR

IT IS ORDERED that David Folsom, Jackson Walker, L.L.P., 6002-B Summerfield Drive, Texarkana, Texas 75503, telephone number 903-255-3251, fax number 903-255-3266, and email dfolsom@jw.com, is hereby appointed as mediator in the above referenced member cases, only. The Court designates plaintiff's counsel to be responsible for timely contacting the mediator and defendant's counsel to coordinate a date for the mediation. Mediation shall be completed by the date set forth in the Docket Control Order.

Mediation shall be governed by the Court-Annexed Mediation Plan, found at: http://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing. Further, this Court's Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018 and found at

- 2 -

http://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap) shall be complied with wherever applicable.

**So Ordered this**
Jul 6, 2018

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE